BELL v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by Mary Bell against the city of New York. No opinion. Motion to confirm report granted.

BENJAMIN et al. v. AMERICAN FIRE INS. CO. OF PHILADELPHIA et al. SAME v. INSURANCE CO. OF NORTH AMERICA et al. SAME v. GREENWICH INS. CO. OF CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. February 11, 1903.) Actions by Hannah F. Benjamin and Hannah Amelia Terry against the American Fire Insurance Company of Philadelphia and John M. Diven, against the Insurance Company of North America and John M. Diven, and against the Greenwich Insurance Company of the City of New York and John M. Diven. No opinion. Judgments affirmed, with costs, upon the opinion in Benjamin v. Palatine Ins. Co., Limited (decided herewith) 80 N. Y. Supp. 256.

BENNETT, Respondent, v. RILEY, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by George Bennett, as administrator, etc., against James Riley. No opinion. Motion granted.

BENTA v. GRIDLEY et al. (Supreme Court, Appellate Division, Fourth Department. January 20, 1903.) Action by Frank M. Benta against Willis T. Gridley, and another. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs:

BEUNAU, Respondent, v. CITY OF ALBANY, Appellant. (Supreme Court, Appellate Division, Third Department. January 20, 1903.) Action by George Beunau against the city of Albany. No opinion. Judgment and order unanimously affirmed, with costs.

BINGHAM, Plaintiff, v. BUFFALO RY. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Charles W. Bingham, administrator, against the Buffalo Railway Company. No opinion. Plaintiff's exceptions overruled. Motion for new trial denied, and judgment ordered for defendants, with costs.
SPRING and HISCOCK, JJ., dissenting.

BINGHAM, Respondent, v. HENDRICKS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by George E. Bingham against Albert B. Hendricks and others. No opinion. Judgment affirmed, with costs.

In re BOARD OF EDUCATION. In re PITT ST. (Supreme Court, Appellate Division, First Department. February 13, 1903.) In the matter of Board of Education, in Re Pitt Street. No opinion. Motion granted.

BOARD OF EDUCATION OF DIST. NO. 6, Respondent, v. BOARD OF EDUCATION OF DIST. NO. 7, Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1903.) Action by the Board of Education, District No. 6, town of Cortlandt, county of Westchester, etc., against the Board of Education, District No. 7, town of Cortlandt, county of Westchester, etc. No opinion. Motion denied.

BOEKER, Respondent, v. FIGNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Herman Boeker against William C. Figner and Ahrend Ahlers, Adolph Rothenberg, defendants. No opinion. Final and interlocutory judgments unanimously affirmed, with costs.

In re BOLLES. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the Matter of Eva G. Bolles. No opinion. Motion denied, with $10 costs.

BOPP v. NEW YORK ELECTRIC VEHICLE CO. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Ida E. Bopp against the New York Electric Vehicle Company. No opinion. Motion denied.

BOSSERT v. LAVELLE et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Louis Bossert against George A. Lavelle and others. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

BOWNE et al. v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. February 13, 1903.) Action by Caroline Bowne and others against the Manhattan Railway Company. No opinion. Motion granted, with $10 costs.

BRASHER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Katherine M. L. Brasher against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to the sum of $5,000 and extra allowance proportionately, in which case the judgment as modified is unanimously affirmed, without costs.

In re BRAUN. (Supreme Court, Appellate Division, First Department. February 6, 1903.) In the matter of John H. Braun. No opinion. motion denied.